NO. 03-15-00107-CV

ACCEPTED
03-15-00107-CV
4368299
THIRD COURT OF APPEALS
AUSTIN, TEXAS
3/4/2015 1:00:00 PM
JEFFREY D. KYLE
CLERK

IN THE THIRD COURT OF APPEALS
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
3/4/2015 1:00:00 PM
JEFFREY D. KYLE
Clerk

SUZANNA ECKCHUM

Appellant,

v.

THE STATE OF TEXAS FOR THE PROTECTION OF HAL KETCHUM

Appellee.

_____

NOTICE OF APPEARANCE

_____

Mysha Lubke
BAKER BOTTS L.L.P.
State Bar No. 24083423
98 San Jacinto Blvd., Suite 1500
Austin, TX 78701
(512) 322-2500
(512) 322-2501 (fax)
mysha.lubke@bakerbotts.com

**ATTORNEY FOR APPELLANT**

TO THE HONORABLE THIRD COURT OF APPEALS:

Mysha Lubke enters her appearance as counsel for Appellant Suzanna Eckchum.

Respectfully submitted,

By:   /s/ Mysha Lubke
    Mysha Lubke
    State Bar No. 24083423
    mysha.lubke@bakerbotts.com
    BAKER BOTTS L.L.P.
    98 San Jacinto Blvd., Suite 1500
    Austin, TX 78701
    Telephone:  (512) 322-2500
    Facsimile:   (512) 322-2501

    ATTORNEY FOR APPELLANT
    SUZANNA ECKCHUM

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served by electronic mail and by fax on this 4th day of March, 2015:

***Counsel for the State of Texas for the Protection of Hal Ketchum:***

The Honorable Jennifer A. Tharp
Comal County Criminal District Attorney
150 North Seguin, Suite 370
New Braunfels, Texas 78130

    / s /  Mysha Lubke
    Mysha Lubke